1983 Form

FILED
02 SEP -4 AM 9:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the United States District Court
# For the Northern District of Alabama

Tommy CRistopher Tucker
_____
_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

CV-02-BE-2166-S

v

Roy ι Williams
          Binder
          Cade
_____

(Enter above full name(s) of the
defendant(s) in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B.   If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.   Parties to this previous lawsuit

           Plaintiff(s): _____

           Defendant(s) _____

       2.   Court (if Federal Court, name the district; if State Court, name the county)

           _____

       3.   Docket Number _____

       4.   Name of judge to whom case was assigned _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

    _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II. Place of present confinement _____

  A. Is there a prisoner grievance procedure in this institution?
     Yes ( )   No (✓)

  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
     Yes ( )   No ( )

  C. If your answer is YES:

     1. What steps did you take? _____

        _____

     2. What was the result? _____

        _____

        _____

  D. If your answer is NO, explain why not? _____

     _____

     _____

     _____

III. Parties
     In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

  A. Name of plaintiff(s) _____

     _____

     _____

     Address _____

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant __Roy Williams__
   is employed as __A Doc Officer__
   at __William E. Donaldson Corr. Facilaty__

C. Additional Defendants __Offericer Cade and Binder__

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

I was in 3 Block when I was trying to fight with inmate Billy Kurby officer williams told me to stop and get down I hesatated offdcer williams pulled his stick and began Hitting me and so did officer cade and Binder and they Hit me about sixty time even affar I was on the ground I also have 5 wittness that saw the Hole thing Jhon Harrigtor # 203793  Scott Hill # 156054  Bille Kurby # 216255  Scott Fuller #  Jeff-Hunt #

- 3 -

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would Like to be Rewarded $1.000000 for my Pain and suffering and mental anguish and use of extreme assive force also Cruel and unuseall punishment.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Tommy c Tucker   08/18/02
             (date)

Tommy C. Tucker

"

Signature(s)

- 4 -